# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

July 20, 2005

William K. Suter
Clerk of the Court
(202) 479-3011



Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Tonya L. Carswell, Administratrix of the Estate of Gilbert
Carswell, etc.
v. Borough of Homestead, Pennsylvania, et al.
No. 05-5377
(Your No. 03-2290)

*00-CV-01184 WP*

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 12, 2005 and placed on the docket July 20, 2005 as No. 05-5377.

Sincerely,

William K. Suter, Clerk

by *Melissa Blalock*
Melissa Blalock
Case Analyst