# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re: Tonya L. Carswell, Administratrix of the Estate of Gilbert Carswell, Deceased
        v. Borough of Homestead, Pennsylvania, et al.
        No. 05-5377
        (Your No. 03-2290)

*00-cv-01184 WP*

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk