# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 28, 2005



Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Tonya L. Carswell, Administratrix of the Estate of Gilbert
Carswell, Deceased
v. Borough of Homestead, Pennsylvania, et al.
No. 05-5377
(Your No. 03-2290)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

William K. Suter, Clerk